UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN AND BRANDY BOUDREAUX

VERSUS

VOYAGER PROPERTY AND CASUALTY
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 09-830-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 20, 2009 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand filed by plaintiffs, Brian and Brandy Boudreaux is DENIED.

Baton Rouge, Louisiana, January 6, 2010.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA